UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------- x

J.D. Salinger, individually and as
Trustee of the J.D. Salinger Literary Trust,

                 Plaintiff,

      - against -

JOHN DOE, writing under the name JOHN
DAVID CALIFORNIA; WINDUPBIRD
PUBLISHING LTD.; NICOTEXT A.B.; and
ABP, INC. d/b/a SCB Distributors Inc.,

               Defendants.

---------------------------------------------- x

09 Civ. 5095 (  ) DAB

ECF Case

**COMPLAINT**

Plaintiff J.D. SALINGER, individually and as Trustee of the J.D. Salinger Literary Trust ("Salinger") by his undersigned attorneys, Davis Wright Tremaine LLP, as and for his complaint against defendants JOHN DOE writing under the pseudonym JOHN DAVID CALIFORNIA ("California"), WINDUPBIRD PUBLISHING LTD. ("Windupbird"), NICOTEXT A.B. ("Nicotext") and ABP, INC. d/b/a SCB Distributors Inc. ("SCB"), alleges as follows:

## NATURE OF THE ACTION

1.       This is an action to preliminarily and permanently enjoin the reproduction, publication, advertisement, distribution or other dissemination of a book entitled *60 Years Later: Coming Through the Rye*, written by defendant California and published by defendants Windupbird and Nicotext, on the grounds that it is an unauthorized sequel (the "Sequel") of the acclaimed copyrighted novel *The Catcher in the Rye* ("*Catcher*") written by Salinger. The Sequel infringes Salinger's copyright rights in both his novel and the character Holden Caufield, who is the narrator and essence of that novel.

2.       *Catcher* is one of the all-time classic American novels, achieving phenomenal critical and commercial success. It has been named one of the 100 best novels by both *Time*

magazine and The Modern Library, and is taught in schools across the country. It has been described in reviews as "a crucial American novel…," an "unusually brilliant novel" and "a cult book, a rite of passage for the brainy and disaffected." (*The New York Times*.)

3. Seeking to capitalize on this success, defendants have published and are poised to distribute in this country, a book with a cover describing it as a "sequel to one of our most beloved classics". The Sequel's author, "J.D. California", explains that "Just like the first novel, he leaves, but this time he's not at a prep school, he's at a retirement home in upstate New York…. It's pretty much like the first book in that he roams around the city, inside himself and his past".

4. The author is not wrong in this respect, as the Sequel begins, as does *Catcher*, with Holden Caulfield's departure from an institution (prep school in *Catcher*; a nursing home in the Sequel) and ends with Holden and his sister Phoebe at the carousel in Central Park. In between, Holden hangs out aimlessly in New York for a few days, encountering many of the same people, visiting many of the same settings, and ruminating in the same (or, in the case of the Sequel, an imitative) voice. The Sequel is not a parody and it does not comment upon or criticize the original. It is a rip-off pure and simple.

5. Mr. Salinger, who is fiercely protective of his intellectual property, and has never allowed any derivative works to be made using either *The Catcher in the Rye* or his Holden Caulfield character, did not and would not approve of defendants' use of his intellectual property. The right to create a sequel to *The Catcher in the Rye* or to use the character of Holden Caulfield in any other work belongs to Salinger and Salinger alone, and he has decidedly chosen not to exercise that right. Indeed, in 1980, Salinger stated to the press, "There's no more to

2

Holden Caulfield. Read the book again. It's all there. Holden Caulfield is only a frozen moment in time."

6.      Accordingly, Salinger seeks a judgment and order from this Court finding that *60 Years Later* infringes both Salinger's copyright in the Holden Caulfield character and his exclusive right to create works derivative of *The Catcher in the Rye*, and preliminarily and permanently enjoining defendants from reproducing, publishing, distributing, advertising or otherwise disseminating the infringing work.

## JURISDICTION AND VENUE

7.      This action arises under and pursuant to the Copyright Act of 1976, as amended, 17 U.S.C. § 101 *et seq.*, and under the laws of the State of New York.

8.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and (b) because it arises under the copyright laws of the United States. This action also asserts a pendent claim under the common law of New York, which claim is so related to the copyright claims that they form part of the same case and controversy, and hence fall within the scope of this Court's supplemental jurisdiction under 28 U.S.C. §§ 1338(b) and 1367.

9.      Venue in this action lies in the Southern District of New York pursuant to 28 U.S.C. §§ 1391(b), (c) and (d) and 1400(a).

10.     The Court has personal jurisdiction over defendants pursuant to Fed. R. Civ. P., Rule 4(k)(1)(A) and C.P.L.R. §§ 301 and/or 302, because, on information and belief, defendant California resides in the State of New York and committed the tort of copyright infringement in this State and the claims for relief arise out of tortious acts whether within or without the State causing injury to person or property within New York; defendants should reasonably expect their tortious acts to have consequences in this State since the infringing book is available for purchase in New York and likely will be purchased, if not enjoined, by numerous people in New

3

York and has been misleadingly and deceptively advertised and promoted in New York; and defendants derive substantial revenue from interstate or international commerce.

## THE PARTIES

11.     Plaintiff J.D. Salinger, who appears in this case both individually and as Trustee of the J.D. Salinger Literary Trust (the "Trust"), is the acclaimed author of numerous works of fiction, including *Nine Stories*; *Franny and Zooey*; *Raise High the Roof Beam, Carpenters* and *Seymour, an Introduction*; and, most relevantly, *The Catcher in the Rye*. Little Brown & Co., headquartered in New York, is Salinger's publisher and the publisher of *Catcher*. Salinger's long time literary agency, Harold Ober Associates, is also located in this State. Salinger published actively from 1940 through 1965, and has not published any new works since that time. He lives in New Hampshire, where he is protective of his privacy and has chosen to remain out of the public spotlight. He created the Trust in 2008 and is the sole trustee thereof during his lifetime.

12.     Defendant John Doe writing under the pseudonym John David California is the author of the Sequel, who has been reported to be "New York based". His precise whereabouts are unknown, despite due investigation. According to California's biography on his publisher's website, he was "[b]orn in California to a Swedish mother and an American father...." Upon information and belief, "John David California" is not the true name of the individual who wrote the Sequel. Accordingly, plaintiff has named "John Doe" as a defendant, and means by "John Doe" or "John David California" that individual who wrote the novel *60 Years Later* and who has given public statements about the Sequel under the name "John David California" to, *inter alia*, *The Guardian* (May 14, 2009) (http://www.guardian.co.uk/books/2009/may/14/catcher-in-the-rye-sequel); *The Daily Telegraph* (May 30, 2009) (http://www.telegraph.co.uk/news/worldnews/northamerica/usa/5413559/JD-Salinger-considers-legal-action-to-stop-The-Catcher-

DWT 12925948v2 0062258-000003

in-the-Rye-sequel.html); and to the website thebookseller.com (May 20, 2009) (http://www.thebookseller.com/news/86208-salingers-lawyers-looking-into-rye-sequel.html.rss).

13.     Defendant Windupbird Publishing Ltd. is listed as the publisher of the Sequel on the copyright page of that work, which states: "First published in Great Britain 2009 by Windupbird Publishing Ltd". According to its website, Windupbird is located in London, England. Its address is 22 Notting Hill Gate a Mailboxes, Etc. storefront in London.

14.     Defendant Nicotext, which has its principal place of business in Boras, Sweden, is also a publisher of the Sequel according to the Sequel's Amazon.com listing (http://www.amazon.com/60-Years-Later-Coming-Through/dp/9185869546), which states: "Publisher: Nicotext". A cease and desist demand with respect to the Sequel from Mr. Salinger's British literary agent received an email response from an individual named Fredrik Colting at the email address colting@nicotext.com. According to Nicotext's website, Colting is one of the principals of Nicotext. (http://www.nicotext.com/eng/?sida=forlaget.)

15.     Also according to Nicotext's website, defendant ABP, Inc. d/b/a SCB Distributors, located in Gardena, California, is the United States distributor to booksellers of books published by Nicotext. Upon information and belief, SCB is an agent of Nicotext. It is currently accepting pre-orders of the Sequel from booksellers and intends to begin distributing the Sequel on or before September 15, 2009.

## FACTUAL BACKGROUND

### *The Catcher in the Rye*

16.     *The Catcher in the Rye* is the classic 1951 novel by J.D. Salinger. It tells the story of Holden Caulfield, a disaffected 16-year old boy, who, after he is kicked out of his prep school just prior to Christmas, embarks on a journey to New York City, where he spends a few days meeting people both new and old. He wanders from encounter to encounter, never sure what to

5

do with himself, and constantly drawn back to Central Park. His adventures come to an end when he finally meets with the one person he trusts and enjoys spending time with: his sister Phoebe.

17.     Much of the plot of *Catcher* involves Holden roaming New York. He takes cabs to several places, walks great distances, visits Grand Central Station and the Museum of Natural History, and makes multiple trips to Central Park.

18.     Unlike the plots of more traditional novels, Holden has no explicit goal, and there is no particular arc he attempts to complete. Indeed, as Holden's various encounters continue, he arrives no closer to any resolution. The plot is thus best described as a series of incidents over the course of his trip to New York told in the first person of the protagonist.

19.     *The Catcher in the Rye* is narrated by Holden and is told in Holden's distinctive voice. Indeed, a 1961 *New York Times* article about *Catcher* described this language as "Holdenese". The tone of the book is Holden's own tone, and it is extremely casual and filled with slang. The narrative is peppered with words like "phony," "crumby," "lousy," "hell," "bastard," *etc.*, all words in Holden's vernacular.

20.     The entire narrative is told in short, choppy sentences, and reads as if it were dictated by a character, leaning towards stream of consciousness. Indeed, the narrator often addresses the reader directly: "...that I finished telling you...," "If you want to know the truth...."

21.     The story of *The Catcher in the Rye* is told in flashback, with the narrator explaining upfront that he is going to tell a story, and at the end, revealing that he is now in a mental hospital and "That's all I'm going to tell about".

DWT 12925948v2 0062258-000003

22. While the narrative of *Catcher* takes place over only a few days, Holden is prone to digressions, and thus much of the novel actually describes events that occurred before Holden's time in Manhattan. Many of the incidents in the novel set off memories in Holden, and lead him to digress. He makes pronouncements like "I forgot to tell you about…" or "Anyway, that's what I was thinking about while I sat in that vomity-looking chair in the lobby" that set off side stories that can last for a couple of pages.

23. Holden's encounters during the few days of the action of the story involve several other characters, including his high school friends Ackley and Stradlater, his teacher Mr. Spencer, his sister/best friend Phoebe, his deceased brother Allie, and his other brother D.B.

**Holden Caulfield**

24. Holden Caulfield, the protagonist of *The Catcher in the Rye*, is one of the most recognized characters in American literature. He is a precocious 16-year old boy struggling to find his way in the world and an angst-filled cynic. In addition to having a slang-peppered vocabulary, Holden lies a lot, and is sarcastic – to both the characters he interacts with and to the reader. He addresses the reader directly and explains to the reader when he is being honest, prefacing statements with "If you want to know the truth."

25. Holden is quick to criticize, and, throughout the novel, points out many things that he hates: "God, I hate that stuff"; "It isn't important, I know, but I hate it when somebody has cheap suitcases."

26. Holden feels disconnected from his prep school, Pencey, and is happy to leave it behind. Indeed, he feels disconnected from most of those around him, with the notable exception of his sister Phoebe and his deceased brother Allie. He sees his brother D.B. as a sell-out for working in Hollywood.

DWT 12925948v2 0062258-000003

27.     Holden fixates on many ideas, and repeats himself throughout the book. Many of his fixations are philosophical. For instance, throughout the novel, Holden wonders where the ducks in the pond in Central Park go in the winter when the water freezes. He returns to this question repeatedly, and asks it to those around him.

28.     While Holden may be more mature than his years in some ways, it is clear that during his adventures in New York City, he is in over his head. He brings a prostitute to his hotel room, only to chicken out and send her away. He gets physically beaten up twice in the novel. He constantly wanders around Manhattan with no goal in mind and enters phone booths without knowing who to call or without being in the mood to make a call at all. Even the mere act of walking through the bathroom at night is a challenge for Holden, as he stumbles in the dark unable to find the light switch, stepping on things along the way.

29.     Salinger has written other works featuring Holden Caulfield. That character first appeared in a short story, "Slight Rebellion Off Madison," that was published in *The New Yorker* in 1946, and which Salinger later adapted as part of *The Catcher in the Rye*. He also appeared in the short story "I'm Crazy," published in *Collier's* magazine (December 22, 1945). Holden's family members appear in "Last Day of the Last Furlough," published in *The Saturday Evening Post* (July 15, 1944); "This Sandwich Has No Mayonnaise" (*Esquire*, October 1945); and the unpublished short stories "The Last and Best of the Peter Pans" and "The Ocean Full of Bowling Balls".

## The Success of *Catcher*

30.     *The Catcher in the Rye* is one of the most successful novels of all time. It became a commercial and critical success soon after its release in 1951, and it has never lost that status. It has been a perennial presence on high school required reading lists for over 50 years.

DWT 12925948v2 0062258-000003

31.     In 1951, *Time* magazine described Salinger as writing with "love, brilliance and 20-20 vision". In 2005, *Time* named *Catcher* one of the 100 greatest novels of 1923-2005. The Modern Library named *Catcher* the 64th greatest English-language novel in 1998, and its readers voted the book their 19th favorite novel. Customers of Manhattan's famed Strand Bookstore voted *Catcher* their fourth favorite book *of any kind*, trailing only *To Kill a Mockingbird*, *Pride and Prejudice*, and *The Great Gatsby*.

32.     *The Catcher in the Rye* has received extraordinary critical praise. Upon the book's release in 1951, *The New York Times* called it an "unusually brilliant novel." In 2008, *The New York Times* wrote of *Catcher* that "[e]xcept perhaps for Mark Twain no other American writer has registered with such precision the humor – and the pathos – of false sophistication and the vital banality of big-city pretension." In 1963, *The New York Review of Books* stated that "[n]o book dealing formally with education is ever likely to influence secondary education so much as *The Catcher in the Rye*."

33.     *The Catcher in the Rye* has been an extraordinary commercial success. It has been translated into dozens of languages, and has sold more than 35 million copies worldwide. As of May 27, 2009 – 58 years after its publication – *The Catcher in the Rye* **currently** sells more copies on Amazon.com than *Harry Potter and the Sorcerer's Stone*, *The DaVinci Code*, *To Kill a Mockingbird* or *Of Mice and Men*.

34.     *The Catcher in the Rye* has taken on a specific place in American culture and is the benchmark against which any coming-of-age story is measured. Book and movie reviews regularly compare works to *Catcher* ("'Igby Goes Down' … is the second film in recent months … to take its cue from 'The Catcher in the Rye' by giving us a fresh-scrubbed, upscale teenage rebel with a brain to match his attitude").

DWT 12925948v2 0062258-000003

35.     The character of Holden Caulfield has his own place in American culture as the prototype of the angst-filled, cynical teen coming into his own.  For instance, *The New York Times* has featured *headlines* including "Holden Caulfield From the East Bay," "Holden Caulfield on Ritalin," "Who's Afraid of Holden Caulfield?" "A Female Holden Caulfield for the 1990's," *etc.*  Other cultural icons are regularly compared to Holden.  As the fictional Harry Potter turned 15, Time.com noted that "he could be the Holden Caulfield of wizards."  The *Times*'s original review of the film *The Graduate* described Dustin Hoffman's lead role as "a character very much reminiscent of Holden Caulfield in J.D. Salinger's Catcher in the Rye."

**Salinger's Protection of His Intellectual Property**

36.     For over fifty years, as has been extensively reported in the media, J.D. Salinger has been fiercely protective of both his intellectual property and his privacy.  He has not published any work since 1965 and, other than a 1949 film of one of his early short stories, Salinger has never permitted any adaptations of any of his works.  He has publicly disavowed any intention to do so during his lifetime.

37.     J.D. Salinger has not published or authorized the publication of any new narrative for Holden Caulfield since the first publication of *The Catcher in the Rye* in 1951, and has expressly and publicly stated that he will not do so.

38.     J.D. Salinger has not published or authorized the publication of any work derivative of *The Catcher in the Rye* since it was first published in 1951.

39.     While numerous filmmakers – including Harvey Weinstein and Steven Spielberg – have sought the rights to make a film version of *The Catcher in the Rye*, Salinger has always declined.  Salinger publicly stated in 1980, "There's no more to Holden Caulfield. Read the book again.  It's all there.  Holden Caulfield is only a frozen moment in time".

DWT 12925948v2 0062258-000003

40.    Salinger has been forced to bring legal action in the past when individuals have attempted to exploit his intellectual property.  In 1974, Salinger successfully sued to enjoin the distribution of unauthorized copies of early short stories he had written.  In 1986, Salinger successfully sued to prevent the unauthorized publication of letters he had written.    In 2003-2004, Salinger successfully halted further broadcast of a BBC program that included a dramatization of *Catcher*.

41.    Salinger's copyright in *The Catcher in the Rye* is worth an enormous amount of money and his right of first publication of a sequel is likewise of great monetary value.  His right **not** to publish a sequel is unquantifiable.

## Salinger Owns a Valid and Subsisting Copyright in *Catcher*

42.    In or around June 11, 1951, *Catcher* was duly registered for copyright protection in the United States Copyright Office in the name of J.D. Salinger as copyright proprietor.  That Registration bore No. A00000056070/1951-06-11.

43.    In or around January 22, 1979, the copyright in *Catcher* was duly renewed.  A copy of that renewal bearing number RE00000018341/1979-01-22 is annexed hereto as Exhibit A.

44.    In or around October 24, 2008, Salinger assigned the copyright in *Catcher*, along with other works authored by him, to the Trust and duly recorded that assignment.  A copy of the record of that recordation, bearing number V3570D891, is annexed hereto as Exhibit B.

45.    *Catcher* is subject to valid and subsisting copyright protection under the laws of the United States and all formalities thereunder have been duly complied with.

11

**Plaintiff Learns of the Unauthorized Sequel**

46.      Despite Mr. Salinger's unequivocal and publicly known aversion to further exploitation of the Holden Caulfield character, defendants have taken it upon themselves to create just such an exploitation, without Salinger's permission, by publication of the Sequel.

47.      The subtitle of the Sequel is a direct reference to the title "*The Catcher in the Rye*" and defendant California's pseudonym, "John David California" appears on the top of each page of the Sequel as "J D California", as a direct reference to J.D. Salinger.

48.      "Mr. C" in the Sequel is clearly and admittedly Holden Caulfield from *Catcher*. In an interview with *The Guardian* on May 14, 2009, California explained of the Sequel's main character: "He's still Holden Caulfield, and has a particular view on things".

49.      As soon as Salinger learned of the existence of the unauthorized Sequel through his literary agents on or about May 14, 2009, who in turn learned of it from an article in the British publication *The Guardian*, he took action to have its publication stopped.

50.      Salinger's U.K. agent immediately sent a May 14 email to the agent for the Sequel's publisher, Nicotext, demanding that it desist from publishing the Sequel. On May 15, 2009, Nicotext's agent responded and would not so agree.

51.      Despite due demand, defendants have failed and refused to cease publication of the Sequel.

52.      The Sequel is currently available for purchase in the U.K. in book stores and is available for purchase online worldwide from, *inter alia*, Amazon.co.uk and Waterstones.com.

53.      The American arm of Amazon.com lists the Sequel for sale in the United States as of September 15, 2009, and is accepting pre-orders for that book. On May 14, 2009, Salinger's U.S. agent wrote to Amazon.com requesting that Amazon not distribute the Sequel. The

DWT 12925948v2 0062258-000003

following day, Amazon declined to cease distributing the Sequel. SCB is also accepting pre-orders from booksellers for that same publication date.

**The Infringing Work:** *60 Years Later*

54. *60 Years Later* is an unauthorized sequel to *The Catcher in the Rye*, as its back cover expressly states, calling itself a "sequel to one of our most beloved classics".

55. The main character of *60 Years Later*, referenced as "Mr. C", is Holden Caulfield, the very same Holden Caulfield who narrates *Catcher*, as the back cover of the Sequel also concedes: "Sixty years after his debut as the great American antihero, Mr. C is yanked back onto the page without a goddamn clue why". In interviews, defendant California has explained the reason for the subterfuge of calling him "Mr. C": "In the book, he isn't called Holden Caulfield, he's called 'Mr. C' so there's really no reference in that way legally they can use".

56. The Sequel is told as a first-person narrative from Holden Caulfield's point of view, and he is omnipresent throughout the Sequel.

57. The Sequel makes use of every aspect of the Holden Caulfield character, including but not limited to the following:

- Mr. C has memories of many events from *The Catcher in the Rye*.

- Mr. C refers to "the last time I left for New York" (p. 60), referring to an incident from *The Catcher in the Rye*.

- Mr. C refers to the time when "someone had swiped my brand new leather gloves directly from my coat pocket, and I was freezing my goddamned fingers off" (p. 60), referring to an incident from *The Catcher in the Rye*.

- Mr. C refers to a character named "Stradlater" and his desire that he "be the way I remembered him" (p. 93), referring to both a character and an incident from *The Catcher in the Rye*.

- Mr. C states, "Remember? I used to be on the fencing team" (p. 96), referring to an incident from *The Catcher in the Rye*.

13

- Mr. C refers to "this one time I ran into this bloody gorilla called Maurice at this crummy hotel" (p. 106), referring to an incident from *The Catcher in the Rye*.

58. Mr. C refers to memories of many other incidents from *The Catcher in the Rye*.

59. Mr. C also has many of the same characteristics as Catcher's Holden:

- Mr. C has a sister named Phoebe, a deceased brother named Allie and another brother named D.B.

- Mr. C character had a high school roommate named Stradlater and a history teacher named Mr. Spencer.

- Mr. C is out of shape (as was Holden in *Catcher*) and while the Holden of *Catcher* smoked, Mr. C explains that he has stopped smoking.

- Mr. C speaks using the same vernacular as Holden does in *The Catcher in the Rye*, repeatedly using words including "phony," "crummy," "lousy," "hell" and "bastard".

- Mr. C repeatedly lies to those around him.

- Mr. C narrates the story with constant digressions.

- Mr. C addresses the reader directly, stating things such as "To tell you the truth, I'm not really too keen on this voice of mine, the way it sounds as if it's going to break down any second" (p. 33).

60. In the Sequel, the character of Mr. C has many other traits in common with the Holden Caulfield of *The Catcher in the Rye*.

61. In the Sequel, the character of Mr. C continues to have some of the exact same fixations as Holden did in *The Catcher in the Rye*:

Holden in *Catcher*:
What made it even more depressing, old Spencer had on this very sad, ratty old bathrobe that he was probably born in or something. I don't much like to see old guys in their pajamas and bathrobes anyway. Their bumpy old chests are always showing. (p. 7.)

Mr. C in Sequel:
Even so, when I get as old as Mr. Spencer, I will still never walk around in nothing but a crummy robe showing the whole goddamned world my wrinkled chest. (p. 29.)

14

Holden in *Catcher*:
I was wondering where the ducks went when the lagoon got all icy and frozen over. I wondered if some guy came in a truck and took them away to a zoo or something. (p. 13.)

Mr. C in *Sequel*:
For a moment I feel the sadness inside me stir and I concentrate on the story. It's the one about the ducks that are surprised by the sudden cold of the winter, and they all freeze to the lake as the water turns to ice. (p. 252.)

62.     Many of the incidents in the Sequel are the same as the events of *Catcher*. As defendant California explains, "Just like the first novel, he leaves, but this time he's not at a prep school, he's at a retirement home in upstate New York…. It's pretty much like the first book in that he roams around the city, inside himself and his past". Those incidents include but are not limited to the following:

- As in *Catcher*, Mr. C spends a few days in New York trying to find himself before finally ending up at home.

- As in *Catcher*, Mr. C goes from encounter to encounter, connecting and reconnecting with people from his past until finally finding happiness with his sister Phoebe.

- As in *Catcher*, Mr. C's first stop in New York City is a phone booth. (*Catcher*, p. 59; Sequel, p. 86.)

- As in *Catcher*, Mr. C takes many trips to Central Park. (*Catcher*, pp. 116, 118, 153, 208; Sequel, pp. 74-75, 99, 155, 189, 263.)

- As in *Catcher*, Mr. C goes to the Museum of Natural History. (*Catcher*, p. 119; Sequel, p. 190.)

- As in *Catcher*, Mr. C goes ice skating. (*Catcher*, p. 128; Sequel, p. 264.)

- As in *Catcher*, Stradlater punches Mr. C on the shoulder. (*Catcher*, p. 43; Sequel, p. 95.)

- As in *Catcher*, Mr. C prepares to have sex with a woman but chickens out. (*Catcher*, p. 96; Sequel, p. 180.)

- As in *Catcher*, the final scene of action takes place on a carousel with the character's sister Phoebe. (*Catcher*, pp. 210-211; Sequel, pp. 266-267.)

15

The Sequel has many other incidents in common with *The Catcher in the Rye*.

63.     The Sequel uses actual sentences from *Catcher*, either verbatim or paraphrased, not referenced as excerpts from *Catcher*, but simply incorporated into the Sequel as if they were the original work of defendant California, including but not limited to the following:

> *Catcher*:
> I'll just tell you about this madman stuff that happened to me around last Christmas just before I got pretty run-down and had to come out here and take it easy. (p. 1.)

> Sequel:
> I keep my eyes closed and think about all the madcap stuff that happened to me around last Christmas, before I got so run down I had to come out to this place to rest. (p. 24.)

The Sequel has other sentences that were copied verbatim or closely paraphrased from *Catcher*.

64.     Without regard to burden of proof, *60 Years Later* is not a parody and it is not a fair use of *The Catcher in the Rye*.

65.     Without regard to burden of proof, the character "Mr. C" in *60 Years Later* is not a parody and it is not a fair use of the character of Holden Caulfield in *The Catcher in the Rye*.

## AS AND FOR A FIRST CLAIM FOR RELIEF

### (Copyright Infringement of the Holden Caulfield Character)

66.     Plaintiff repeats and realleges paragraphs 1 through and including 65 set forth hereinabove, as if the same were fully set forth herein.

67.     Salinger and/or his agents on his behalf have duly registered for copyright protection in the United States Copyright Office the work entitled *The Catcher in the Rye*, the Trust is now the copyright proprietor thereof, and all formalities in connection therewith have been duly complied with. The work is therefore subject to valid and subsisting protection under the laws of the United States.

16

68.    Salinger's copyright registration for *Catcher* (Exhibit A hereto) grants him copyright protection for its principal character and the narrator thereof, Holden Caulfield. Holden Caulfield is a fully delineated character entitled to the full benefits of copyright protection accorded under law.

69.    Defendants admittedly had access to *Catcher* prior to creation of the Sequel.

70.    Defendants have published, advertised, distributed and sold the Sequel in the United States and/or are poised to do same, which includes the self-same character of Holden Caulfield, including all of his distinctive attributes, character traits, voice and other characteristics.

71.    The character "Mr. C" in the Sequel is substantially similar to the character Holden Caulfield in *Catcher*; indeed, the characters in the two books are one and the same.

72.    Defendants have infringed Salinger's exclusive copyright interest in the character of Holden Caulfield.

73.    As a direct and proximate result thereof, plaintiff has been injured, in an amount presently unknown and to be determined at time of trial, by reason of defendants' intentional acts.

74.    The injury that plaintiff has suffered and will continue to suffer unless defendants' acts of infringement are enjoined is irreparable.

75.    Plaintiff has no adequate remedy at law.

## AS AND FOR A SECOND CLAIM FOR RELIEF

### (Copyright Infringement of the Exclusive Right to Create Works Derivative of *The Catcher in the Rye*)

76.    Plaintiff repeats and realleges paragraph 1 through and including 65 and 67 through and including 72 set forth hereinabove, as if the same were fully set forth herein.

17

77.     Plaintiff holds the exclusive right to create, or authorize others to create, derivative works based upon *Catcher*.

78.     The Sequel is substantially similar to *Catcher* by reason of defendants' use of the Holden Caulfield character as above-described in the Sequel, combined with their use of numerous other characters, incidents, and settings as appear in *Catcher*, their use of narration in the same voice and tone and from the same perspective as in *Catcher*, and by reason of their use of Salinger's expression and/or close paraphrase thereof from *Catcher* in the Sequel.

79.     The Sequel is an unauthorized derivative work of *Catcher*.

80.     Defendants have infringed Salinger's exclusive copyright interest in *Catcher*.

81.     As a direct and proximate result, Salinger has been injured in an amount presently unknown and to be determined by time of trial, by reason of defendants' intentional acts.

82.     The injury that plaintiff has suffered and will continue to suffer unless defendants are enjoined and restrained is irreparable.

83.     Plaintiff has no adequate remedy at law.

## AS AND FOR A THIRD CLAIM FOR RELIEF

### (Common Law Unfair Competition)

84.     Plaintiff repeats and realleges paragraphs 1 through and including 65 set forth hereinabove, as if the same were fully set forth herein.

85.     *The Catcher in the Rye* is one of the most acclaimed books of all time and that book and the Holden Caulfield character who is the essence of it are widely associated with their writer and creator J.D. Salinger.

86.     As a result of almost 60 years of phenomenal commercial and critical success of *Catcher*, the reading public widely associates the title of that book, and the name of the principal character therein, as emanating from and created by J.D. Salinger.

DWT 12925948v2 0062258-000003

87.     By reason of defendants: (i) titling the Sequel *60 Years Later: Coming Through The Rye*; (ii) using the pseudonym which appears on the cover of the Sequel as John David California and on each page of the Sequel as "J.D. California"; (iii) advertising and marketing the Sequel as a sequel to *Catcher*; (iv) using the Holden Caulfield character and all of his distinctive attributes in the Sequel under the name "Mr. C"; (v) trying to inject Salinger's voice into the Sequel through isolated use of italicized comments such as "I'm bringing him back. After all these years I finally decided to bring him back"; defendants have attempted to, and are likely to continue to, deceive and confuse the consuming public into believing that the Sequel emanates from Salinger, when in truth and in fact it does not.

88.     Indeed, reviewers of the Sequel and others online have speculated that the Sequel was authored by Salinger under a pseudonym, when that is not the case.

89.     Defendants are passing off their Sequel as if it were a work emanating from Salinger, which it most certainly is not.

90.     Defendants' actions are intentional, in bad faith, and designed to confuse and deceive the consuming public.

91.     As a direct and proximate result of defendants' actions, plaintiff will be injured in an amount presently unknown.

92.     As a direct and proximate result of defendants' actions, plaintiff has been and will continue to be irreparably injured unless defendants are enjoined as requested herein.

93.     Plaintiff has no adequate remedy at law.

## **PRAYER FOR RELIEF**

Wherefore, plaintiff respectfully requests that this Court enter judgment as follows:

1.     Preliminarily and permanently enjoining defendants and each of them and all those acting at their direction or pursuant to their control, from reproducing, publishing,

distributing, advertising, selling or otherwise disseminating the book *60 Years Later* in or to the United States;

2.      Ordering that defendants recall any copies of the book *60 Years Later* that are already out of their possession and/or in circulation in the United States, and to take such steps as are necessary to ensure their return;

3.      Ordering that defendants destroy all copies of the book *60 Years Later* in the United States in their possession, custody or control;

4.      Granting plaintiff, at his election, damages in an amount to be determined at time of trial and/or defendants' infringing profits, or statutory damages;

5.      Granting plaintiff prevailing party attorneys' fees and related costs in this action pursuant to 17 U.S.C. § 505; and

6.      Granting plaintiff such other and further relief as to this Court shall seem just and proper.

Dated: New York, New York
           June 1, 2009

                                        Respectfully submitted,

                                        DAVIS WRIGHT TREMAINE LLP

                                        By: _Marcia B. Paul_
                                             Marcia B. Paul (MBP 8427)
                                             Kevan Choset (KC 7319)

                                             1633 Broadway
                                             New York, New York 10019-6708
                                             Phone (212) 489-8230
                                             Fax (212) 489-8340
                                             marciapaul@dwt.com
                                             kevanchoset@dwt.com

                                             *Attorneys for Plaintiff*
                                             *J.D. Salinger*

DWT 12925948v2 0062258-000003

# EXHIBIT A



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Catcher in the Rye
Search Results: Displaying 29 of 63 entries



Labeled View

### *The Catcher in the rye. By Jerome David Salinger.*

|  |  |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | RE0000018341 / 1979-01-22 |
|  | Renewal registration for: A00000056070 / 1951-06-11 |
| **Title:** | The Catcher in the rye. By Jerome David Salinger. |
| **Copyright Claimant:** | Jerome David Salinger (A) |
| **Basis of Claim:** | New Matter: all matter except two incidents. |
| **Variant title:** | The Catcher in the rye |
| **Names:** | Salinger, Jerome David, 1919- |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*Barbara Ringer*

*Register of Copyrights*

| REGISTRATION NUMBER |
|---|
| RE 18-341 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| 2 2 JAN 1979 |
| (Month)　(Day)　(Year) |

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

---

**(1)**

**Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1　Name.. Jerome David Salinger.............
　Address Box 32, Windsor, Vermont  05089.
　Claiming as ...the author.............
　　　　　　　　　(Use appropriate statement from instructions)

2　Name..............................
　Address...........................
　Claiming as.......................
　　　　　　　　　(Use appropriate statement from instructions)

3　Name..............................
　Address...........................
　Claiming as.......................
　　　　　　　　　(Use appropriate statement from instructions)

---

**(2)**

**Work Renewed**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

　　THE CATCHER IN THE RYE

**RENEWABLE MATTER:**

　　All matter except two incidents

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

　Title of periodical or composite work:....................
　If a periodical or other serial, give: Vol........ No............. Issue Date.............

---

**(3)**

**Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

　　Jerome David Salinger

---

**(4)**

**Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

........A....56070..............

**ORIGINAL COPYRIGHT CLAIMANT:**

　　Jerome David Salinger

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION: .....June.........11...1951

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION:.............

RE 18-341

**DO NOT WRITE ABOVE THIS LINE**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤** Renewal for Group of Works

| | | |
|---|---|---|
| 1 | Title of Contribution: ....... <br> Title of Periodical: ....... Vol... No... Issue Date <br> Date of Publication: ....... Registration Number..... <br> (Month) (Day) (Year) | |
| 2 | Title of Contribution: ....... <br> Title of Periodical: ....... Vol... No... Issue Date <br> Date of Publication: ....... Registration Number..... <br> (Month) (Day) (Year) | |
| 3 | Title of Contribution: ....... <br> Title of Periodical: ....... Vol... No... Issue Date <br> Date of Publication: ....... Registration Number..... <br> (Month) (Day) (Year) | |
| 4 | Title of Contribution: ....... <br> Title of Periodical: ....... Vol... No... Issue Date <br> Date of Publication: ....... Registration Number..... <br> (Month) (Day) (Year) | |
| 5 | Title of Contribution: ....... <br> Title of Periodical: ....... Vol... No... Issue Date <br> Date of Publication: ....... Registration Number..... <br> (Month) (Day) (Year) | |
| 6 | Title of Contribution: ....... <br> Title of Periodical: ....... Vol... No... Issue Date <br> Date of Publication: ....... Registration Number..... <br> (Month) (Day) (Year) | |
| 7 | Title of Contribution: ....... <br> Title of Periodical: ....... Vol... No... Issue Date <br> Date of Publication: ....... Registration Number..... <br> (Month) (Day) (Year) | |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Little, Brown And Company**
Account Number: **DA 018775**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Diane E. Scott**
Address: **same as below**
(City) (State) (ZIP)

**⑥** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of: **Jerome David Salinger**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Diane E. Scott*

Typed or printed name **Diane E. Scott**

Date **January 16, 1979**

**⑦** Certification (Application must be signed)

**Little, Brown and Company**
(Name)
**34 Beacon Street**
(Number, Street and Apartment Number)
**Boston MA 02106**
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**
2 3 MAY 1979
(Certificate will be mailed in window envelope)

**⑧** Address for Return of Certificate

# Certificate
## Registration of a Claim to
## Renewal Copyright



**FORM R**

REGISTRATION NO.

**R  571956**

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*

**1. Renewal Claimant(s), Address(es), and Statement of Claim:**

    (a) Name ............ **J. D. Salinger**

        Address ............ **Box 32, Windsor, Vermont 05089**

        Claiming as ............ **author**

    (b) Name ............

        Address ............

        Claiming as ............

    (c) Name ............

        Address ............

        Claiming as ............

**2. (a) Title:**

    **SLIGHT REBELLION OFF MADISON**

    **(b) Renewable Matter:**

    **entire story**

    **(c) Contribution to Periodical or Other Composite Work:**

    **New Yorker**

        (Title of periodical or composite work)

If a periodical, give: Vol. ............; No. ............; Issue Date **December 21, 1946**

**3. Authors of Renewable Matter:**

    **J. D. Salinger**

**4. Facts of Original Registration:**

Original registration number: Class **B**; No. **51799**

If registered as published, give date of publication **December 19, 1946**

        (Month)    (Day)    (Year)

If registered as unpublished, give date of registration ............

        (Month)    (Day)    (Year)

Original copyright claimant **F - R Pub. Corp.**

EXAMINER

**Complete all applicable spaces on next page**

**5. Deposit account:**

.................................................................................................................................

**6. Send correspondence to:**

Name ...... *below* ........................................ Address ................................................

**7. Send certificate to:**

(Type or
print      Name ................................................................................................
name and
address) Address ................................................................................................
.................................... (Number and street)

.................... (City) .................... (State) .................... (ZIP Code)

## Information concerning renewal copyright

Two important points must be kept in mind with respect to renewal copyright: (1) there are strict time limits for securing it, and (2) it can be claimed only by certain specified persons named in the law.

## Time limits

*When to renew.* The original term of copyright in a published work lasts for 28 years from the date of publication; in the case of a work originally registered in unpublished form, the copyright term lasts for 28 years from the date of registration in the Copyright Office. In either case, the copyright may be renewed for a second 28-year term only if a claim is registered in the Copyright Office within the last (28th) year of the original copyright term. For example, a work copyrighted on June 15, 1946, would be eligible for renewal between June 15, 1973, and June 15, 1974.

*Caution:* Unless a valid renewal claim and fee are *received* in the Copyright Office before the first copyright term expires, copyright protection is lost permanently and the work enters the public domain. The Copyright Office has no discretion to extend the renewal time limits.

## How to register your claim

*Procedure to follow.* Complete an application for renewal registration on Form R and send it to the Register of Copyrights. Washington, D.C. 20559. The application shoud be accompanied by the registration fee of $4. Do not send copies of the work.

## Who may claim renewal

Except in the case of four specific types of works, the law gives the right to claim renewal to the individual author of the work, regardless of who owned the copyright during the original term. If the author is deceased, the statute gives the right to claim renewal to certain of his statutory beneficiaries as explained below. The present owner (proprietor) of a copyright is entitled to claim renewal *only* in the cases listed in Paragraph B, below.

A. The following persons may claim renewal in all types of works except those enumerated in Paragraph B, below:

1. The author, if living. State the claim as: *the author.*

2. The widow, widower, and/or children of the author, if the author is not living. State the claim as: *the widow (widower) of the author* ........................ and/or *the child* (Name of author)

(*children*) *of the deceased author* ................................ (Name of author)

3. The author's executor(s), if the author left a will and

if there is no surviving widow, widower, or child. State the claim as: *the executor(s) of the author* ........................ (Name of author)

4. The next of kin of the author, if the author left no will and if there is no surviving widow, widower, or child. State the claim as: *the next of kin of the deceased author*

........................ *there being no will.* (Name of author)

B. In the case of the following four types of works, the proprietor (owner of the copyright at the time of renewal registration) may claim renewal:

1. Posthumous work (work first published and copyrighted after the death of the author). State the claim as: *proprietor of copyright in a posthumous work.*

2. Periodical, cyclopedic, or other composite work. State the claim as: *proprietor of copyright in a composite work.*

3. "Work copyrighted by a corporate body otherwise than as assignee or licensee of the individual author." State the

claim as: *proprietor of copyright in a work copyrighted by a corporate body otherwise than as assignee or licensee of the individual author.* (This type of claim is considered appropriate in relatively few cases.)

4. Work copyrighted by an employer for whom such work was made for hire. State the claim as: *proprietor of copyright in a work made for hire.*

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| Fee received | |
| 197008MAR 6 74 | |

# Certificate of Registration of a Claim to Renewal Copyright

**FORM R**

REGISTRATION NO.

R 547761

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*[signature]*

Register of Copyrights
United States of America



**1. Renewal Claimant(s), Address(es), and Statement of Claim:**

   *(a)* Name ............ **Jerome David Salinger**

        Address ........ **Box 32, Windsor, Vermont 05089**

        Claiming as .... **Author**

   *(b)* Name ................................................

        Address ................................................

        Claiming as ................................................

   *(c)* Name ................................................

        Address ................................................

        Claiming as ................................................

**2. (a) Title:**

    **I'm Crazy**

   **(b) Renewable Matter:**

    **Entire story**

   **(c) Contribution to Periodical or Other Composite Work:**

    **Collier's The National Weekly ***
    (Title of periodical or composite work)

If a periodical, give: Vol. ................; No. ................; Issue Date **December 22, 1945**

**3. Authors of Renewable Matter:**

    **J.D. Salinger**

**4. Facts of Original Registration:**

Original registration number: Class **B**; No. **703359**

If registered as published, give date of publication **December 14, 1945**
                                   (Month)   (Day)   (Year)

If registered as unpublished, give date of registration ................................................
                                   (Month)   (Day)   (Year)

Original copyright claimant **Crowell-Collier Publishing Co.**

EXAMINER

**Complete all applicable spaces on next page**

**5. Deposit account:**

**6. Send correspondence to:**

Name ............ *Lee Ober* ............ Address ........................................

**7. Send certificate to:**

(Type or print name and address)

Name
Address

HAROLD OBER ASSOCIATES
INCORPORATED
40 EAST 49th STREET
NEW YORK 17, N.Y.
(Number and street)

| (City) | (State) | (ZIP Code) |

## Information concerning renewal copyright

Two important points must be kept in mind with respect to renewal copyright: (1) there are strict time limits for securing it, and (2) it can be claimed only by certain specified persons named in the law.

### Time limits

*When to renew.* The original term of copyright in a published work lasts for 28 years from the date of publication; in the case of a work originally registered in unpublished form, the copyright term lasts for 28 years from the date of registration in the Copyright Office. In either case, the copyright may be renewed for a second 28-year term only if a claim is registered in the Copyright Office within the last (28th) year of the original copyright term. For example, a work copyrighted on June 15, 1943, would be eligible for renewal between June 15, 1970, and June 15, 1971.

*Caution:* Unless a valid renewal claim and fee are *received* in the Copyright Office before the first copyright term expires, copyright protection is lost permanently and the work enters the public domain. The Copyright Office has no discretion to extend the renewal time limits.

### How to register your claim

*Procedure to follow.* Complete an application for renewal registration on Form R and send it to the Register of Copyrights, Washington, D.C. 20540. The application should be accompanied by the registration fee of $4. Do not send copies of the work.

### Who may claim renewal

Except in the case of four specific types of works, the law gives the right to claim renewal to the individual author of the work, regardless of who owned the copyright during the original term. If the author is deceased, the statute gives the right to claim renewal to certain of his statutory beneficiaries as explained below. The present owner (proprietor) of a copyright is entitled to claim renewal *only* in the cases listed in Paragraph B, below.

A. The following persons may claim renewal in all types of works except those enumerated in Paragraph B, below:

1. The author, if living. State the claim as: *the author.*

2. The widow, widower, and/or children of the author, if the author is not living. State the claim as: *the widow (widower) of the author* ........................ and/or *the child*
(Name of author)

(*children*) *of the deceased author* ........................
(Name of author)

3. The author's executor(s), if the author left a will and

if there is no surviving widow, widower, or child. State the claim as: *the executor(s) of the author* ........................
(Name of author)

4. The next of kin of the author, if the author left no will and if there is no surviving widow, widower, or child. State the claim as: *the next of kin of the deceased author*

........................ *there being no will.*
(Name of author)

B. In the case of the following four types of works, the proprietor (owner of the copyright at the time of renewal registration) may claim renewal:

1. Posthumous work (work first published and copyrighted after the death of the author). State the claim as: *proprietor of copyright in a posthumous work.*

2. Periodical, cyclopedic, or other composite work. State the claim as: *proprietor of copyright in a composite work.*

3. "Work copyrighted by a corporate body otherwise than as assignee or licensee of the individual author." State the

claim as: *proprietor of copyright in a work copyrighted by a corporate body otherwise than as assignee or licensee of the individual author.* (This type of claim is considered appropriate in relatively few cases.)

4. Work copyrighted by an employer for whom such work was made for hire. State the claim as: *proprietor of copyright in a work made for hire.*

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| **Application received** | |
| MAR 12 1973 | |
| **Fee received** | |
| 180010 MAR 12 73 | |
| | *Amended by Copyright Office (Cert.) |

# EXHIBIT B



**DATE:**      February 18, 2009

Harold Ober Associates Incorporated
425 Madison Avenue 10th Floor
New York, New York 10017-1110

ATTN: CRAIG TENNEY

We have recorded the enclosed document(s) in the official records of the Copyright Office:

| | |
|---|---|
| VOLUME | 3570 |
| DOC. NO. | 891 |

The recording fee has been handled as follows:

| | |
|---|---|
| RECEIVED | $ |
| APPLIED | $ |
| REFUNDED (under separate cover) | $ |
| CHARGED TO YOUR DEPOSIT ACCOUNT | $ |

Sincerely yours,

Register of Copyrights

ENCL(S):

DOC(S):   1

Library of Congress
U.S. Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000
www.copyright.gov



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

DATE OF RECORDATION

24Oct08

| VOLUME | DOC. NO. |
|--------|----------|
| 3570 | 891 |

| VOLUME | DOC. NO. |
|--------|----------|
| | |

*Marybeth Peters*

Register of Copyrights and
Associate Librarian for Copyright Services



# Document Cover Sheet
## UNITED STATES COPYRIGHT OFFICE

**For Recordation of Documents**

Volume _35740_  Document _591_

Volume _____  Document _____

Date of recordation M _10_ D _24_ Y _08_

Funds received _____

---

DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE

---

*To the Register of Copyrights: Please record the accompanying original document or properly certified copy thereof.*

**1** First party name given in the document — J. D. Salinger

(IMPORTANT: *Please read instruction for this and other spaces*)

**2** First title given in the document — The Hang of It

**3** Total number of titles in the document — 39

**4** Amount of fee calculated — $195

**5** Fee enclosed
☑ Check  ☐ Money order
☐ Fee authorized to be charged to Copyright Office deposit account

Deposit account number _____

Deposit account name _____

**6** Completeness of document
☑ Document is complete by its own terms  ☐ Document is not complete. Record "as is."

**IMPORTANT NOTE:** *A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.*

**7** Certification of Photocopied Document — Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
**NOTE:** *This space may not be used for documents that require an official certification.*

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

Signature _____  Date _____

Duly authorized agent of _____

**8** Return to:

Name — Harold Ober Associates (attn: Craig Tenney)

Number/street — 425 Madison Avenue    Apt/suite — 10th Floor

City — New York    State — NY    Zip — 10017-1133

Phone number — 212-759-8600 x 216    Fax number — 212-759-9428

Email — ctenney@haroldober.com

---

**SEND TO:** *Library of Congress, Copyright Office, Documents Recordation Section, 101 Independence Avenue SE, Washington, DC 20559-6000*
**INCLUDE ALL THESE TOGETHER:** (1) Two copies of this form; (2) payment from a deposit account or by check/money order payable to *Register of Copyrights*; and (3) your document.

FORM DCS  REV 09/2007  PRINT: 09/2007—·.000  Printed on recycled paper

U.S. Government Printing Office: 2007-330-945/60,···

FOR A GOOD AND VALUABLE CONSIDERATION, the receipt of

which is hereby acknowledged, the undersigned hereby sets over and assigns to

THE TRUSTEE OF THE J. D. SALINGER LITERARY TRUST u/a dd July 24, 2008

his entire right, title and interest in and to the copyrights listed below:

The Hang of It. (In Collier's, July 12, 1941) © 3Jul41, B505089 by
Crowell Collier Pub Co.; assigned to J. D. Salinger 22Nov50, Vol. 770, pg. 174;
19Nov68, R449059.

The Heart of a Broken Story. (In Esquire, Sept. 1941) © 8Aug4, B509930 by Esquire
Inc; assigned to J. D. Salinger 31Oct63, Vol. 1172, pg. 461; 9Nov68, R449083.

The Debut of Lois Taggett. (In Story, Sept.-Oct. 1942) © 27Aug42;
B555365 by Story Magazine, Inc.; 18Dec69, R474916.

Personal Notes of an Infantryman. (In Collier's, Dec. 12, 1942)
© 4Dec42; B566917 by Crowell Collier Pub Co; assigned to J. D. Salinger 22Nov50.
Vol. 770, pg. 174; 28Jul70, R488595.

The Varioni Brothers. (In Saturday Evening Post, July 17, 1943)
© 14Jul43; B593468 by Curtis Publishing Company; assigned to J. D. Salinger 31Oct63,
Vol. 1172, pg. 459; 8Dec70, R496388.

Both Parties Concerned. (In     Saturday Evening Post, Feb. 26, 1944)
© 23Feb44, B620163 by Curtis Publishing Company; assigned to
J .D. Salinger 31Oct63, Vol. 1172, pg. 458; 2Sep71, R512559.

Last Day of the Last Furlough (In the     Saturday Evening Post, July 15, 1944.) ©
12Jul44; B636667 by Curtis Publishing Company; assigned to J. D. Salinger 31Oct63,
Vol. 1172, pg. 460; 10Dec71, R518469.

Soft-Boiled Sergeant. (In The Saturday Evening Post, Apr. 15, 1944) © 12Apr44;
B625540 by Curtis Publishing Company; assigned to J. D. Salinger 19Nov63, Vol.
1174, pg. 414; 2Sep71, R512576.

A Boy in France (In Saturday Evening Post, Mar. 31,1945)
© 28Mar45; B674528 by Curtis Publishing Co; assigned to J. D.
Salinger, 31Oct63, Vol. 1172, pg. 457; 30Aug72, R535181.

Elaine. (In Story Magazine, Mar.-Apr. 1945) © 23Apr45, B675522 by Story Magazine,
Inc; 30Aug72, R535185.

This Sandwich Has No Mayonnaise (In Esquire, Oct. 1945) © 6Sep45; B692985 by Esquire, Inc; assigned to J. D. Salinger 2Dec53. Vol. 867, pg. 84; 12Mar73, R547744.

The Stranger (In Collier's, Dec. 1, 1945) © 23Nov45; B702078 by Crowell Collier Pub Co.; assigned to J. D. Salinger. 22Nov50, Vol. 770, pg. 174; 12Mar73, R547757.

I'm Crazy (In Collier's, Dec. 22, 1945) © 14Dec45, B703359 by Crowell Collier Pub Co; assigned to J. D. Salinger 22Nov50, Vol. 770, pg. 174; 12Mar73, R547761.

Slight Rebellion off Madison. (In The New Yorker, Dec. 21, 1946) © 19Dec46; B51799 by New Yorker Magazine. Inc; assigned to J. D. Salinger 27Nov50, Vol. 771, pgs. 50-53; 6Mar74, R571956.

A Young Girl in 1941 with No Waist    at All.  (In Mademoiselle, May 1947) © 29Apr47; B80842 by Street & Smith Pub Inc; assigned to J. D. Salinger 22March61, Vol. 1096, pg. 154; 9Sept74, R585136.

The Inverted Forest.(In Cosmopolitan, Dec. 1947) © 3Dec47; B109642 by Hearst Magazines International; assigned to J. D. Salinger 2May61,Vol. 1099, pg. 16527; 27Jan75, R596431.

A Girl I Knew. (In Good Housekeeping, Feb. 1948) © 21Jan48, B118365 by Hearst International; assigned to J. D. Salinger 27March1, Vol. 1096, pg. 155; 10Jun75, R607263.

A Perfect Day for Bananafish. (In The New Yorker, January 31, 1948) © 29Jan48; B120711 by New Yorker Magazine. Inc; assigned to J. D. Salinger 22March48, Vol. 662, pg. 172; 10Jun75, R607272.

Uncle Wiggily in Connecticut. (In The New Yorker, March 20, 1948) © 18Mar48, B125370 by New Yorker Magazine, Inc; assigned to J. D. Salinger 1Jun48, Vol. 672. pgs. 35-38; 10Jun75, R607284.

Just Before the War with the Eskimos. (In The New Yorker, June 5, 1948) © 3Jun48, B138868 by New Yorker Magazine, Inc; assigned to J. D. Salinger 27Nov50, Vol. 771, pgs. 50-53; 10Jun75, R607300.

Blue Melody. (In Cosmopolitan, Sept.1948) © 1Sep48, B153344 by Hearst International; assigned to J. D. Salinger 2May61, Vol. 1099, p. 166; 9Apr76, R630881.

The Laughing Man. (In The New Yorker, March 19, 1949) © 17Mar49, B182977 by New Yorker Magazine, Inc; assigned to J. D. Salinger 27Nov50, Vol. 771, pgs. 50-53; 20Dec76, R659252.

Down at the Dinghy. (In Harper's Magazine, Apr. 1949) © 6Apr49, B188507 by Harper
& Brothers; assigned to J. D. Salinger 7Nov52. Vol. 854, pg. 137; 20Dec76, R659259.

For Esme, With Love and Squalor. (In The New Yorker, April 8, 1950) © 6Apr50,
B239815 by New Yorker Magazine, Inc;
assigned to J. D. Salinger 27Nov50, Vol. 771, pgs. 50-63; 1Sep77, R670735.

THE CATCHER IN THE RYE. Registered in the name of Jerome
David Salinger under A56070 following publication June 11, 1951.
Renewed in the name of J. D. Salinger under RE 18-341, 22 Jan 79.

Pretty Mouth and Green My Eyes. (In The New Yorker, July 14, 1951) © 12July51,
B312184 by New Yorker Magazine, Inc; assigned to
J. D. Salinger 26Mar53, Vol. 873, pgs. 185-188, 31Oct79, RE 36-911.

Teddy. (In The New Yorker, January 31, 1953) © 29Jan53, B398008 by New Yorker
Magazine, Inc; assigned to J. D. Salinger 26Mar53, Vol. 873, pgs. 185-188; 14Aug81,
RE 98-972.

NINE STORIES. Registered in the name of J. D. Salinger under
TX 625-326, January 12, 1981, following publication 6 Apr 53.
Renewed in the name of J. D. Salinger under RE 130-457, 4 Dec 81.

De Daumier-Smith's Blue Period. (In NINE STORIES, 1953).
© 6Apr53, TX 625-326, 12Jan 81, by J. D. Salinger; 4Dec81, RE 130-457.

Franny. (In The New Yorker, January 29, 1955)© 27Jan55, B517095 by New Yorker
Magazine, Inc; assigned to J. D. Salinger
6Mar61, Vol. 1094, pgs. 416-419; 28Feb83, RE 157-487.

Raise High the Roof Beam, Carpenters. (In The New Yorker, November 19, 1955)
©17Nov55; B564939 by New Yorker
Magazine, Inc; assigned to J. D. Salinger 18Sept62, Vol. 1139, pgs. 342-345; 28Feb83,
RE 157-487.

Zooey. (In The New Yorker, May 4, 1957) © 2May57, B0650124 by New Yorker
Magazine, Inc; assigned to J. D. Salinger 6Mar61, Vol. 1094, pgs416-419; 17Jan85,
RE 238-147.

Seymour, An Introduction. (In The New Yorker, June 6, 1959) © 4June59, B776866 by
New Yorker Magazine, Inc; assigned to J. D. Salinger 18Sept62, Vol. 11139, pgs 342-
345; 1June87, RE 340-311.

Hapworth 16, 1924. (In The New Yorker, June 19, 1965) © 16June65, B194157 by New
Yorker Magazine, Inc; 22Feb93, RE 607-695.

-4-

Letters of J. D. Salinger to Elizabeth Murray. © 4Jun86 by J. D. Salinger. TXu 239-002.

Letters of J. D. Salinger to Judge & Mrs. Learned Hand. © 4Jun86 by J. D. Salinger, TXu 239-003

Miscellaneous letters of J. D. Salinger. © 5Jun86, TXu 239-012

Letters of J. D. Salinger to Whit Burnett. © 5Jun86, TXu 239-013

Letters of J. D. Salinger to Hamish Hamilton and Roger Machell. © 29Sep86, TXu 252-302

IN WITNESS WHEREOF, I have hereunto set my hand and seal this _____15_____ day of _Octuber_____, 2008.

_J. D. Salinger_
J. D. Salinger

STATE OF NEW HAMPSHIRE
COUNTY OF Grafton, SS.

At _Hanover_____, this _15_ day of _October_, 2008, J.D. SALINGER personally appeared and he acknowledged this instrument by him subscribed to be his free act and deed

Before Me: _Betsy H. Bowse_
Notary Public

**BETSY H. BOWSE**
Notary Public - State of New Hampshire
My Commission Expires March 26, 2013