UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------ x

J.D. Salinger, individually and as
Trustee of the J.D. Salinger Literary Trust,

                Plaintiff,

- against -

JOHN DOE, writing under the name JOHN
DAVID CALIFORNIA; WINDUPBIRD
PUBLISHING LTD.; NICOTEXT A.B.; and
ABP, INC. d/b/a SCB Distributors Inc.,

                Defendants.

------------------------------------------------------------ x

09 Civ. 5095 ( ) DAB

ECF Case

**FED. R. CIV. P. 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff J.D. Salinger states that he is an individual and that no publicly held corporations have an interest in The J.D. Salinger Literary Trust.

Dated: New York, New York
       June 1, 2009

DAVIS WRIGHT TREMAINE LLP

By: *[signature]*
   Marcia B. Paul (MBP 8427)
   Kevan Choset (KC 7319)
   1633 Broadway
   New York, New York 10019
   (212) 603-6427
   marciapaul@dwt.com
   kevanchoset@dwt.com

*Attorneys for Plaintiff*
J.D. Salinger, individually
and as trustee of the
J.D. Salinger Literary Trust