```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
J.D. SALINGER, individually and AS
TRUSTEE of the J.D. SALINGER
LITERARY TRUST,

                    Plaintiff,              09 Civ. 5095 (DAB)
                                             ORDER
          -against-

JOHN DOE, writing under the name JOHN
DAVID CALIFORNIA, WINDUPBIRD PUBLISHING
LTD., NICOTEXT A.B., and ABP, INC.
d/b/a SCB DISTRIBUTORS INC.

                    Defendants.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The hearing on the Preliminary Injunction, scheduled June 1, 2009 for June 10, 2009 shall be held instead on Monday June 8, 2009 at 2:30 PM. Responsive papers are due Thursday evening by 5:00 PM. There shall be no Reply.

SO ORDERED.

Dated:   New York, New York
         June 1, 2009

*Deborah A. Batts*
Deborah A. Batts
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/09

Salinger et al v. John Doe et al     Doc. 4