AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

J.D. SALINGER, individually and AS TRUSTEE of the J.D. SALINGER LITERARY TRUST,

          Plaintiff,

-against-

JOHN DOE, writing under the name JOHN DAVID CALIFORNIA, WINDUPBIRD PUBLISHING LTD., NICOTEXT A.B., and ABP, INC. d/b/a SCB DISTRIBUTORS INC.,
          Defendants.

**APPEARANCE**

Case Number: 09 Civ. 5095 (DAB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

    Defendant ABP, Inc. d/b/a SCB Distributors Inc.

I certify that I am admitted to practice in this court.

| June 5, 2009 | *(signature)* |
|---|---|
| Date | Signature |
| | Edward H. Rosenthal (ER 8022) |
| | Print Name / Bar Number |
| | 488 Madison Avenue, 9th Fl. |
| | Address |
| | New York / NY / 10022 |
| | City / State / Zip Code |
| | (212) 826-5524 / (212) 593-9175 |
| | Phone Number / Fax Number |