AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

J.D. SALINGER, individually and AS TRUSTEE of the J.D. SALINGER LITERARY TRUST,

Plaintiff,

-against-

JOHN DOE, writing under the name JOHN DAVID CALIFORNIA, WINDUPBIRD PUBLISHING LTD., NICOTEXT A.B., and ABP, INC. d/b/a SCB DISTRIBUTORS INC.,

Defendants.

**APPEARANCE**

Case Number: 09 Civ. 5095 (DAB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant ABP, Inc. d/b/a SCB Distributors Inc.

I certify that I am admitted to practice in this court.

June 5, 2009
Date

Signature: *Maura J. Wogan*

Maura J. Wogan (MW 9589)
Print Name / Bar Number

488 Madison Avenue, 9th Fl.
Address

New York, NY 10022
City / State / Zip Code

(212) 826-5523 / (212) 593-9175
Phone Number / Fax Number