AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

J.D. SALINGER, individually and as
TRUSTEE of the J.D. SALINGER
LITERARY TRUST,

        Plaintiff,

-against-

JOHN DOE, writing under the name JOHN
DAVID CALIFORNIA, WINDUPBIRD PUBLISHING
LTD., NICOTEXT A.B., and ABP, INC.
d/b/a SCB DISTRIBUTORS INC.,

        Defendants.

**APPEARANCE**

Case Number: 09 Civ. 5095(DAB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Defendants John Doe, writing under the name John David California,
Windupbird Publishing Ltd., and Nicotext A.B.

I certify that I am admitted to practice in this court.

| June 15, 2009 | *[signature]* |
| Date | Signature |

Edward H. Rosenthal (ER 8022)
Print Name / Bar Number

488 Madison Avenue, 9th Fl.
Address

| New York | NY | 10022 |
| City | State | Zip Code |

| (212) 826-5524 | (212) 593-9175 |
| Phone Number | Fax Number |