AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      NEW YORK

J.D. SALINGER, individually and as
TRUSTEE of the J.D. SALINGER
LITERARY TRUST,

             Plaintiff,

    -against-

JOHN DOE, writing under the name JOHN
DAVID CALIFORNIA, WINDUPBIRD PUBLISHING
LTD., NICOTEXT A.B., and ABP, INC.
d/b/a SCB DISTRIBUTORS INC.,

             Defendants.

**APPEARANCE**

Case Number:    09 Civ. 5095(DAB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
     Defendants John Doe, writing under the name John David California,
     Windupbird Publishing Ltd., and Nicotext A.B.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| June 15, 2009 | _Maura J. Wogan_ (signature) |
| Date | Signature |
| | Maura J. Wogan    (MW 9589) |
| | Print Name             Bar Number |
| | 488 Madison Avenue, 9th Fl. |
| | Address |
| | New York,    NY      10022 |
| | City      State      Zip Code |
| | (212) 826-5523      (212) 593-9175 |
| | Phone Number      Fax Number |