AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

J.D. SALINGER, individually and as TRUSTEE of the J.D. SALINGER LITERARY TRUST,

Plaintiff,

**APPEARANCE**

-against-

Case Number: 09 Civ. 5095(DAB)

JOHN DOE, writing under the name JOHN DAVID CALIFORNIA, WINDUPBIRD PUBLISHING LTD., NICOTEXT A.B., and ABP, INC. d/b/a SCB DISTRIBUTORS INC.,

Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants John Doe, writing under the name John David California, Windupbird Publishing Ltd., and Nicotext A.B.

I certify that I am admitted to practice in this court.

June 15, 2009
Date

Signature

Cameron A. Myler (CM 7942)
Print Name — Bar Number

488 Madison Avenue, 9th Fl.
Address

New York         NY         10022
City             State      Zip Code

(212) 826-5545              (212) 593-9175
Phone Number                Fax Number