UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

J.D. SALINGER, individually and as
TRUSTEE OF THE J.D. SALINGER
LITERARY TRUST,

                  Plaintiff,

          -against-

JOHN DOE, writing under the name JOHN
DAVID CALIFORNIA; WINDUPBIRD
PUBLISHING LTD; NICOTEXT A.B.; and
ABP, INC. d/b/a SCB DISTRIBUTORS, INC.,

                 Defendants.

------------------------------------------------------------X

09 Civ. 05095 (DAB)

**RULE 7.1 STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Windupbird Publishing Ltd, Nicotext A.B. and ABP, Inc. d/b/a SCB Distributors, Inc. (private non-governmental parties), certify as follows:

    Windupbird Publishing Ltd has no parent companies, nor is it owned in any part by a publicly held corporation.

    Nicotext A.B. has no parent companies, nor is it owned in any part by a publicly held corporation.

ABP, Inc. d/b/a SCB Distributors, Inc. has no parent companies, nor is it owned in any part by a publicly held corporation.

Dated: New York, New York
      June 15, 2009

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: _____
Edward H. Rosenthal (ER-8022)
Maura J. Wogan (MW-9589)
Jessie F. Beeber (JB-3129)
Cameron A. Myler (CM-7942)

488 Madison Avenue
New York, New York 10022
Tel.: (212) 980-0120
Fax: (212) 593-9175

*Attorneys for Defendants John Doe, writing under the name John David California, Windupbird Publishing Ltd., Nicotext A.B and ABP, Inc. d/b/a SCB Distributors, Inc.*