```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
J.D. SALINGER, individually and as TRUSTEE    :
OF THE J.D. SALINGER LITERARY TRUST,          :   09 Civ. 05095 (DAB)
                                              :
                Salinger,                     :
                                              :
        -against-                             :
                                              :
JOHN DOE, writing under the name JOHN         :
DAVID CALIFORNIA; WINDUPBIRD                  :
PUBLISHING LTD; NICOTEXT A.B.; and            :
ABP, INC. d/b/a SCB DISTRIBUTORS, INC.,       :
                                              :
                Defendants.                   :
-------------------------------------------------------------X
```

## DECLARATION OF SARA NELSON

I, Sara Nelson, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.  I have over 25 years of experience in the publishing industry. I currently write a column on publishing for the website thedailybeast.com. For the past four years, I was the editor-in-chief at *Publishers Weekly*, the leading trade publication serving all segments involved in the creation, production, marketing and sale of the written word in book, audio, video and electronic formats. During my tenure, the print version reached over 100,000 readers, including over 27,000 paid subscribers.

2.  Prior to *Publishers Weekly*, I was a publishing columnist for *The New York Post* and reported on the publishing industry for *The New York Observer*. I was also one of the founding editors of the website inside.com. I have also reviewed for publications such as *Glamour* magazine and the *Chicago Tribune*.

3. I am the author of *So Many Books, So Little Time: A Year of Passionate Reading*. I have also written freelance pieces appearing in the New York Times, the Wall Street Journal, and many national magazines.

4. I have read *The Catcher in the Rye* ("*Catcher*") written by J.D. Salinger, and I also have read *60 Years Later: Coming Through the Rye* ("*60 Years*"), written by J.D. California.

5. Through my experience covering the publishing industry as a reporter and editor, I understand the myriad variables that contribute to – or detract from – a book's commercial success. Such factors include not only the substance of the book, but the intended audience, the author's reputation, and the anticipation of the book itself.

6. *60 Years* will have no detrimental impact on sales of *Catcher*. *Catcher* is one of the highest-selling novels in recent history. Its position in the canon of American literature is unassailable. The story and its protagonist Holden Caulfield retain timeless and universal appeal, as evidenced by the continued sales to this day. Anticipated sales of *60 Years*, a critical analysis by a little-known author, pale in comparison to *Catcher*'s success.

7. Furthermore, the audience to whom *60 Years* would appeal is decidedly narrower than that of *Catcher*'s broad readership. In fact, it is more likely that *60 Years*, through its critical content and the attendant publicity it will likely generate, will actually contribute to renewed interest in, discussion of, and consequently sales of, *Catcher*.

8. Likewise, *60 Years* will not adversely affect the sales of any future sequel of *Catcher*. In light of Mr. Salinger's publicly stated position that he will not author nor authorize a sequel to *Catcher*, any such sequel would generate a significant amount of

interest. Again, a critical examination such as *60 Years* would have no impact on the anticipation for and subsequent sales of a continuation of the beloved *Catcher*.

Dated: New York, New York
      June 15, 2009

_____
SARA NELSON