```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
                ---------------------------------------X
                J.D. SALINGER, individually and AS
                TRUSTEE of the J.D. SALINGER
                LITERARY TRUST,

                                Plaintiff,              09 Civ. 5095 (DAB)
                                                               ORDER
                        -against-

                FREDRIK COLTING, writing under the name JOHN
                DAVID CALIFORNIA, WINDUPBIRD PUBLISHING
                LTD., NICOTEXT A.B., and ABP, INC.
                d/b/a SCB DISTRIBUTORS INC.

                                Defendants.
                ---------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

On June 17, 2009, as stated on the record, the Court entered a Temporary Restraining Order, enjoining the Defendants from publishing, advertising, selling, or otherwise distributing the book <u>60 Years Later: Coming through the Rye</u>, until July 1, 2009.

SO ORDERED.

Dated:   New York, New York
         June 19, 2009

                                        Deborah A. Batts
                                        United States District Judge

Salinger et al v. John Doe et al                                    Doc. 28