UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
J.D. SALINGER, individually, and as
TRUSTEE OF THE J.D. SALINGER
LITERARY TRUST,                                              :     09 Civ. 05095 (DAB)

                           Plaintiffs,

                  - against -

FREDRIK COLTING, writing under the name
JOHN DAVID CALIFORNIA; WINDUPBIRD
PUBLISHING LTD.; NICOTEXT A.B.; and
ABP, INC/ d/b/a SCB DISTRIBUTORS, INC.,

                           Defendants.
------------------------------------------------------------ X

FILED U.S. DC
JUL 02 2009
S.D. OF N.Y.

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Fredrik Colting, writing under the name John David California, Windupbird Publishing Ltd. ("Windupbird"), Nicotext A.B. ("Nicotext") and ABP, Inc. d/b/a SCB Distributors, Inc. ("SCB") (collectively "Defendants"), defendants in the above-captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum and Order of Judge Deborah A. Batts granting plaintiff's motion for a preliminary injunction entered in this action on July 1, 2009.

The parties to this appeal, and their respective attorneys are:

| | |
|---|---|
| J.D. Salinger, individually, and as Trustee of the J.D. Salinger Literary Trust, | Marcia Paul, Esq.<br>Davis Wright Tremaine LLP<br>1633 Broadway<br>27th Floor<br>New York, New York 10019-6708<br>(212) 489-8230 |
| Fredrik Colting, writing under the name John David California, Windupbird Publishing Ltd., Nicotext A.B. and ABP, Inc. d/b/a SCB Distributors, Inc. | Edward H. Rosenthal, Esq.<br>Maura J. Wogan, Esq.<br>Jessie F. Beeber, Esq.<br>Cameron A. Myler, Esq.<br>Marisa Sarig, Esq.<br>Frankfurt Kurnit Klein & Selz, P.C.<br>488 Madison Avenue<br>New York, NY 10022<br>(212) 980-0120 |

Respectfully submitted on this 2nd day of July, 2009.

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: _/s/ Cameron A. Myler_
Edward H. Rosenthal (ER-8022)
Maura J. Wogan, Esq.
Jessie F. Beeber, Esq.
Cameron A. Myler, Esq.
Marisa Sarig, Esq.
488 Madison Avenue, 10th Floor
New York, New York 10022
Phone (212) 980-0120
Fax: (212) 593-9175

*Attorneys for Defendants Fredrik Colting, writing under the name John David California, Windupbird Publishing Ltd., Nicotext A.B and ABP, Inc. d/b/a SCB Distributors, Inc*