USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------ x

J.D. Salinger, individually and as
Trustee of the J.D. Salinger Literary Trust,

      Plaintiff,

  - against -

FREDRIK COLTING, writing under the name
JOHN DAVID CALIFORNIA; WINDUPBIRD
PUBLISHING LTD.; NICOTEXT A.B.; and
ABP, INC. d/b/a SCB Distributors Inc.,

      Defendants.

------------------------------------------------------------ x

09 Civ. 5095 (DAB)

ECF Case

**STIPULATION AND ORDER**

  **IT IS HEREBY STIPULATED AND AGREED**, by and among plaintiff J.D. Salinger, individually and as Trustee of the J.D. Salinger Literary Trust ("Salinger") by his undersigned counsel on the one hand; and defendants Fredrik Colting writing under the pseudonym John David California ("Colting"), Windupbird Publishing Ltd. ("Windupbird"), Nicotext A.B. ("Nicotext") and ABP, INC. d/b/a SCB Distributors Inc. ("SCB") (collectively, "Defendants") by their undersigned counsel on the other hand, as follows:

  1.  Frankfurt Kurnit Klein & Selz, P.C. will accept service of the Summons and Complaint with respect to all Defendants;

  2.  Defendants' time to answer, move or otherwise respond with respect to the summons and complaint filed by plaintiff Salinger in the above-referenced action (the "Summons and Complaint") be, and the same hereby is, adjourned to July 12, 2009; and

  3.  Except as specifically set forth above, nothing contained herein shall constitute an admission of liability or a waiver of any right, remedy or defense by any party.

Salinger et al v. John Doe et al    Doc. 35

Dated: New York, New York
July  9 , 2009

| DAVIS WRIGHT TREMAINE LLP | FRANKFURT KURNIT KLEIN & SELZ, PC |
|---|---|
| By: *Marcia B. Paul* | By: *Edward H. Rosenthal* |
| Marcia B. Paul (MBP 8427) | Edward H. Rosenthal (EHR 8022) |
| 1633 Broadway | 488 Madison Avenue |
| New York, New York 10019 | New York, New York 10022 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| J.D. Salinger, individually | Fredrik Colting, writing under the name |
| and as trustee of the | John David California; Windupbird |
| J.D. Salinger Literary Trust | Publishing Ltd.; Nicotext A.B.; and ABP, Inc. d/b/a SCB Distributors Inc. |

SO ORDERED:

*Deborah A. Batts*
Hon. Deborah A. Batts, U.S.D.J.
7/9/09