# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # **36**

J.D. Salinger, et al.

-v-

Fredrik Colting, et al.

U.S.C.A. # 09-2878

U.S.D.C. # 09-civ-5095

JUDGE: Deborah Batts

DATE: July 15, 2009

*[U.S. District Court Filed Stamp: JUL 15 2009, S.D. of N.Y.]*

**NOTICE TO THE DOCKET CLERK**

1ST
( ✓ ) SUPPLEMENTAL INDEX

The record in the above entitled case was indexed to the U.S.C.A. for the Second Circuit on the 15th Day of July, 2009.

Rev. 5/7/09

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

J. D. Salinger, et al.

-v-

Fredrick Colting, et al.

U.S.C.A. # 09-2878
U.S.D.C. # 09 civ 5095
JUDGE: Deborah Batts
DATE: July 15, 2009

## [X] SUPPLEMENTAL INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): Donald Thoresen
FIRM: Frankfurt Kurnit Klein & Selz, P.C.
ADDRESS: 488 Madison Avenue
New York, NY 10022
PHONE NO.: (212) 826-5571

DISTRICT COURT DOCKET ENTRIES # 33, 34

| DOCUMENT DESCRIPTION | DOC. # |
|---|---|
| 1. SUPPLEMENTAL CLERK'S CERTIFICATE | -- |
| 2. Transcript of June 17, 2009 Hearing | 33 |
| 3. Order, dtd. July 9, 2009, stating plaintiff not required to post bond | 34 |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |

Rev. 5/7/09

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

J. D. Salinger, et al.

-v-

Fredrik Colting, et al.

------------------------------------------------

U.S.C.A. # 09-2878

U.S.D.C. # 09 civ. 5095

JUDGE: Deborah Batts

DATE: July 15, 2009

## 1st SUPPLEMENTAL CLERK'S CERTIFICATE

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified extract of the docket entries and the original filed papers numbered 1 through 35, inclusive, constitute the Supplemental record on appeal in the above entitled proceedings.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 15th Day of July In this year of our Lord, Two Thousand and Nine, and the Independence of the United States this 234TH year.

J. Michael McMahon, Clerk

By _____
**Deputy Clerk**

Rev. 5/7/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

J.D. Salinger, et al.

-v-

Fredrik Colting, et al.

------------------------------------------------

U.S.C.A. # 09-2878

U.S.D.C. # 09 Civ. 5095

JUDGE: Deborah Batts

DATE: July 15, 2009

# EXTRACT OF DOCKET ENTRIES

| DATE | DOCUMENT DESCRIPTION |
|---|---|
| 7/7/09 | Transcript of June 17, 2009 Hearing |
| 7/9/09 | Order stating that plaintiff is not required to post a bond |

J. Michael McMahon, Clerk

By _____
Deputy Clerk

Rev. 5/7/09