BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
--------------------------------------------------------- x

J.D. Salinger, individually and as
Trustee of the J.D. Salinger Literary Trust,

                   Plaintiff,

           - against -

FREDRIK COLTING, writing under the name
JOHN DAVID CALIFORNIA; WINDUPBIRD
PUBLISHING LTD.; NICOTEXT A.B.; and
ABP, INC. d/b/a SCB Distributors Inc.,

                   Defendants.
--------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/09

09 Civ. 5095 (DAB)

ECF Case

**STIPULATION FOR ADDITION
OF DOCUMENTS TO
APPELLATE RECORD**

      **IT IS HEREBY STIPULATED AND AGREED**, by and among plaintiff J.D. Salinger,
individually and as Trustee of the J.D. Salinger Literary Trust ("Salinger") by his undersigned
counsel on the one hand, and defendants Fredrik Colting writing under the pseudonym John
David California ("Colting"), Windupbird Publishing Ltd. ("Windupbird"), Nicotext A.B.
("Nicotext") and ABP, INC. d/b/a SCB Distributors Inc. ("SCB") (collectively, "Defendants")
by their undersigned counsel on the other hand, as follows:

      The following documents shall be added to the appellate record in Second Circuit Case
No. 09-2878:

- July 7, 2009 letter from Frankfurt Kurnit Klein & Selz, P.C. ("FKKS") to
  Hon. Deborah A. Batts regarding bond.
- July 7, 2009 letter from Davis Weight Tremaine LLP to Hon. Deborah A.
  Batts in response to FKKS's letter regarding bond.

      The documents described in this stipulation will be held by attorneys of record until
requested by the United States Court of Appeal for the Second Circuit.

Dated: New York, New York
July 16, 2009

DAVIS WRIGHT TREMAINE LLP

By: _Marcia B. Paul_

Marcia B. Paul (MBP 8427)
1633 Broadway
New York, New York 10019

*Attorneys for Plaintiff*
J.D. Salinger, individually and as trustee of the
J.D. Salinger Literary Trust

FRANKFURT KURNIT KLEIN & SELZ, PC

By: _Edward H. Rosenthal_

Edward H. Rosenthal (EHR 8022)
488 Madison Avenue
New York, New York 10022

*Attorneys for Defendants*
Fredrik Colting, writing under the name John
David California; Windupbird Publishing Ltd.;
Nicotext A.B.; and ABP, Inc. d/b/a SCB
Distributors Inc.

SO ORDERED:

_Deborah A. Batts_
Hon. Deborah A. Batts, U.S.D.J. 7/21/09

FKKS 181584 v2

18927.200