USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/09

B0TT95.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

----------------------------------------x

J.D. Salinger, individually and as
Trustee of the J.D. Salinger Literary Trust,

        Plaintiff,

    - against -

JOHN DOE, writing under the name JOHN
DAVID CALIFORNIA; WINDUPBIRD
PUBLISHING LTD.; NICOTEXT A.B.; and
ABP, INC. d/b/a SCB Distributors Inc..

        Defendants.

----------------------------------------x

09 Civ. 5095 (DAB)

ECF Case

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff J.D. Salinger, individually and as Trustee of the J.D. Salinger Literary Trust ("Salinger") by his undersigned counsel on the one hand; and defendants Fredrik Colting writing under the name John David California ("Colting"), Windupbird Publishing Ltd. ("Windupbird"), Nicotext A.B. ("Nicotext") and ABP, INC. d/b/a SCB Distributors Inc. ("SCB") (collectively, "Defendants") by their undersigned counsel on the other hand, as follows:

1. Salinger's time to answer, move or otherwise respond with respect to the counterclaim filed by defendants in the above-referenced action (the "Counterclaim") be, and the same hereby is, adjourned to September 14, 2009; and

2. Except as specifically set forth above, nothing contained herein shall constitute an

Salinger et al v. John Doe et al     Doc. 40

admission of liability or a waiver of any right, remedy or defense by any party.

Dated: New York, New York
August 28, 2009

DAVIS WRIGHT TREMAINE LLP

By: _____
Kevan Choset (KC 7319)

1633 Broadway
New York, New York 10019-6708

*Attorneys for Plaintiff*
*J.D. Salinger*

FRANKFURT KURNIT KLEIN & SELZ, PC

By: _____
Maura J. Wogan (MW-9589)

488 Madison Avenue
New York, New York 10022

*Attorneys for Defendants*
*Fredrik Colting, writing under the name*
*John David California; Windupbird*
*Publishing Ltd.; Nicotext A.B.; and ABP,*
*Inc. d/b/a SCB Distributors Inc.*

SO ORDERED:

_____
Hon. Deborah A. Batts, U.S.D.J.
9/3/09