UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J.D. SALINGER, individually, and as : 
TRUSTEE OF THE J.D. SALINGER : 09 Civ. 05095 (DAB)
LITERARY TRUST, :
: ECF Case
    Plaintiff, :
:
    -against- :
:
FREDRIK COLTING, writing under the name :
JOHN DAVID CALIFORNIA; WINDUPBIRD :
PUBLISHING LTD.; NICOTEXT A.B.; and :
ABP, INC. d/b/a SCB DISTRIBUTORS, INC., :
:
    Defendants. :
------------------------------------------------------------X

## MOTION TO SUBSTITUTE PARTIES

Pursuant to Fed. R. Civ. P. 25(a)(1), Plaintiff The J.D. Salinger Literary Trust (the "Trust"), joined by Colleen M. Salinger ("Colleen Salinger") and Matthew R. Salinger ("Matt Salinger," collectively with Colleen Salinger, the "Trustees"), request that the Court substitute "COLLEEN M. SALINGER AND MATTHEW R. SALINGER AS TRUSTEES OF THE J.D. SALINGER LITERARY TRUST" for "J.D. SALINGER, individually, and as TRUSTEE OF THE J.D. SALINGER LITERARY TRUST" as Plaintiffs in this action. In support of this motion, the Trustees state that:

1.    Until January 27, 2010, J.D. Salinger was the sole trustee of the J.D. Salinger Literary Trust, an entity created on July 24, 2008 that has owned all intellectual property and other rights in the works of J.D. Salinger since that time. One of the works whose rights are owned by the Trust is *The Catcher in the Rye* ("*Catcher*").

2.    Mr. Salinger brought the present action, on behalf of himself and the Trust, alleging infringement of the copyright in *Catcher* and unfair competition.

3.    On January 27, 2010, J.D. Salinger died. The Trust survived his death.

- 1 -

4.  Upon J.D. Salinger's death, Colleen Salinger and Matt Salinger immediately became co-trustees of the Trust.

5.  The rights sought to be enforced by the present action survived J.D. Salinger's death and are owned by the Trust.

6.  Colleen Salinger and Matt Salinger, as co-trustees of the Trust, wish to continue the present action.

7.  Defendants' counsel does not object to this motion.

**WHEREFORE,** for the foregoing reasons, Colleen Salinger and Matt Salinger request that the Court substitute "Colleen M. Salinger and Matthew R. Salinger, as Trustees of the J.D. Salinger Literary Trust" as the plaintiffs in this action.

Dated: New York, New York
February 9, 2010

DAVIS WRIGHT TREMAINE LLP

By: _____
Marcia B. Paul (MBP 8427)
Kevan D. Choset (KC 7319)

1633 Broadway
New York, New York 10019
(212) 489-8230

*Attorneys for Former Plaintiff J.D. Salinger*
*Attorneys for The J.D. Salinger Literary Trust*
*Attorneys for Substituted Plaintiffs Colleen M. Salinger and Matthew R. Salinger, as Trustees of the J.D. Salinger Literary Trust*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
J.D. SALINGER, individually, and as
TRUSTEE OF THE J.D. SALINGER
LITERARY TRUST,

      Plaintiff,

      -against-

FREDRIK COLTING, writing under the name
JOHN DAVID CALIFORNIA; WINDUPBIRD
PUBLISHING LTD.; NICOTEXT A.B.; and
ABP, INC. d/b/a SCB DISTRIBUTORS, INC.,

      Defendants.
-------------------------------------------------------------X

09 Civ. 05095 (DAB)

ECF Case

## DECLARATION OF KEVAN CHOSET IN SUPPORT OF
## MOTION TO SUBSTITUTE PARTIES

KEVAN CHOSET, declares, under penalty of perjury, as follows:

1.    I am an associate of the law firm of Davis Wright Tremaine, counsel to former plaintiff J.D. Salinger, plaintiff The J.D. Salinger Literary Trust (the "Trust") and substituted plaintiffs Colleen M. Salinger ("Colleen Salinger") and Matthew R. Salinger ("Matt Salinger"), as Trustees of the J.D. Salinger Literary Trust. Unless stated otherwise, I have personal knowledge of the facts stated herein or base my declaration on my investigation and documents I have reviewed.

2.    Until January 27, 2010, J.D. Salinger was the sole trustee of the J.D. Salinger Literary Trust, an entity created on July 24, 2008 that has owned all intellectual property and other rights in the works of J.D. Salinger since that time. One of the works whose rights are owned by the Trust is *The Catcher in the Rye* ("*Catcher*").

3. Mr. Salinger brought the present action, on behalf of himself and the Trust, alleging infringement of the copyright in *Catcher* and unfair competition.

4. On January 27, 2010, J.D. Salinger died. The Trust survived his death.

5. Upon J.D. Salinger's death, Colleen Salinger and Matt Salinger immediately became co-trustees of the Trust.

6. The rights sought to be enforced by the present action survived J.D. Salinger's death and are owned by the Trust.

7. Colleen Salinger and Matt Salinger, as co-trustees of the Trust, wish to continue the present action.

8. I have spoken with counsel for all defendants in this action. Defendants' counsel does not object to the accompanying motion to substitute parties.

Dated: New York, New York
February 9, 2010

_____
Kevan Choset

# CERTIFICATE OF SERVICE

I, Kevan Choset, an attorney admitted to practice in the State of New York, hereby certify that on this 9th day of February, 2010, I electronically filed the foregoing MOTION TO SUBSTITUTE PARTIES and DECLARATION OF KEVAN CHOSET with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel for the parties in the case, identified below:

**Cameron Ann Myler**
Frankfurt Kurnit Klein & Selz, P.C.
488 Madison Avenue
New York, NY 10022
Email: cmyler@fkks.com

**Edward Henry Rosenthal**
Frankfurt Kurnit Klein & Selz, P.C.
488 Madison Avenue
New York, NY 10022
Email: erosenthal@fkks.com

**Maura Wogan**
Frankfurt Kurnit Klein & Selz, P.C.
488 Madison Avenue
New York, NY 10022
Email: mwogan@fkks.com

_____
KEVAN CHOSET