UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J.D. SALINGER, individually, and as : 
TRUSTEE OF THE J.D. SALINGER : 09 Civ. 05095 (DAB)
LITERARY TRUST, :
: ECF Case
     Plaintiff, :
:
     -against- :
:
FREDRIK COLTING, writing under the name :
JOHN DAVID CALIFORNIA; WINDUPBIRD :
PUBLISHING LTD.; NICOTEXT A.B.; and :
ABP, INC. d/b/a SCB DISTRIBUTORS, INC., :
:
     Defendants. :
------------------------------------------------------------X

## DECLARATION OF KEVAN CHOSET IN SUPPORT OF MOTION TO SUBSTITUTE PARTIES

KEVAN CHOSET, declares, under penalty of perjury, as follows:

1.     I am an associate of the law firm of Davis Wright Tremaine, counsel to former plaintiff J.D. Salinger, plaintiff The J.D. Salinger Literary Trust (the "Trust") and substituted plaintiffs Colleen M. Salinger ("Colleen Salinger") and Matthew R. Salinger ("Matt Salinger"), as Trustees of the J.D. Salinger Literary Trust. Unless stated otherwise, I have personal knowledge of the facts stated herein or base my declaration on my investigation and documents I have reviewed.

2.     Until January 27, 2010, J.D. Salinger was the sole trustee of the J.D. Salinger Literary Trust, an entity created on July 24, 2008 that has owned all intellectual property and other rights in the works of J.D. Salinger since that time. One of the works whose rights are owned by the Trust is *The Catcher in the Rye* ("*Catcher*").

3.     Mr. Salinger brought the present action, on behalf of himself and the Trust, alleging infringement of the copyright in *Catcher* and unfair competition.

4. On January 27, 2010, J.D. Salinger died. The Trust survived his death.

5. Upon J.D. Salinger's death, Colleen Salinger and Matt Salinger immediately became co-trustees of the Trust.

6. The rights sought to be enforced by the present action survived J.D. Salinger's death and are owned by the Trust.

7. Colleen Salinger and Matt Salinger, as co-trustees of the Trust, wish to continue the present action.

8. I have spoken with counsel for all defendants in this action. Defendants' counsel does not object to the accompanying motion to substitute parties.

Dated: New York, New York
February 11, 2010

_____
Kevan Choset

# CERTIFICATE OF SERVICE

I, Kevan Choset, an attorney admitted to practice in the State of New York, hereby certify that on this 11th day of February, 2010, I electronically filed the foregoing MOTION TO SUBSTITUTE PARTIES and DECLARATION OF KEVAN CHOSET with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel for the parties in the case, identified below:

**Cameron Ann Myler**
Frankfurt Kurnit Klein & Selz, P.C.
488 Madison Avenue
New York, NY 10022
Email: cmyler@fkks.com

**Edward Henry Rosenthal**
Frankfurt Kurnit Klein & Selz, P.C.
488 Madison Avenue
New York, NY 10022
Email: erosenthal@fkks.com

**Maura Wogan**
Frankfurt Kurnit Klein & Selz, P.C.
488 Madison Avenue
New York, NY 10022
Email: mwogan@fkks.com

_____
KEVAN CHOSET