UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J.D. SALINGER, individually, and as
TRUSTEE OF THE J.D. SALINGER : 09 Civ. 05095 (DAB)
LITERARY TRUST,

    Plaintiff,

        -against-

FREDRIK COLTING, writing under the name
JOHN DAVID CALIFORNIA; WINDUPBIRD
PUBLISHING LTD.; NICOTEXT A.B.; and
ABP, INC. d/b/a SCB DISTRIBUTORS, INC.,

    Defendants.
------------------------------------------------------------X

## WITHDRAWAL OF MOTION TO SUBSTITUTE PARTIES

Plaintiff The J.D. Salinger Literary Trust, joined by Colleen M. Salinger and Matthew R. Salinger (collectively, the "Moving Parties"), by and through their undersigned counsel, hereby respectfully withdraw the Motion to Substitute Parties that they filed on February 11, 2010, as per the instructions of the Court.

On approximately February 24, 2010, the Court requested that the Moving Parties withdraw their motion and renew it after such time as the Second Circuit rules on the pending

appeal in this matter. Accordingly, the Moving Parties hereby withdraws its motion, and will renew it at an appropriate time.

Dated: New York, New York
March 11, 2010

          DAVIS WRIGHT TREMAINE LLP

          By: _____
              Marcia B. Paul (MBP 8427)
              Kevan D. Choset (KC 7319)

          1633 Broadway
          New York, New York 10019
          (212) 489-8230

*Attorneys for Plaintiff J.D. Salinger Literary Trust and Colleen M. Salinger and Matthew R. Salinger, as Trustees of the J.D. Salinger Literary Trust*