USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-18-10

COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J.D. SALINGER, individually, and as
TRUSTEE OF THE J.D. SALINGER
LITERARY TRUST,

    Plaintiff,

    -against-

FREDRIK COLTING, writing under the name
JOHN DAVID CALIFORNIA; WINDUPBIRD
PUBLISHING LTD.; NICOTEXT A.B.; and
ABP, INC. d/b/a SCB DISTRIBUTORS, INC.,

    Defendants.
------------------------------------------------------------X

09 Civ. 05095 (DAB)

**STIPULATION AND ORDER**

**WHEREAS**, plaintiff The J.D. Salinger Literary Trust ("Plaintiff") filed a motion for a preliminary injunction seeking to prevent Fredrik Colting, writing under the name John David California, Windupbird Publishing Ltd., Nicotext A.B., and ABP, Inc. d/b/a SCB Distributors, Inc. (collectively, "Defendants") from manufacturing, publishing, distributing, shipping, advertising, promoting, selling or otherwise disseminating the book *60 Years Later: Coming Through the Rye*, written by defendant Colting, in the United States;

**WHEREAS**, Defendants opposed that motion;

**WHEREAS**, this Court, on July 1, 2009, entered a preliminary injunction granting the relief requested by Plaintiff (the "Preliminary Injunction");

**WHEREAS**, Defendants timely appealed the Court's July 1, 2009 order;

**WHEREAS**, on April 30, 2010, the United States Court of Appeals for the Second Circuit vacated the Preliminary Injunction, effective ten (10) days after the Second Circuit's issuance of a mandate in this matter; and

**WHEREAS**, on June 17, 2010, the Second Circuit issued its mandate;

**NOW, THEREFORE**, it is hereby stipulated and agreed, by and among the parties hereto, that the Preliminary Injunction be continued through and including August 2, 2010.

Dated: New York, New York
June 17, 2010

| DAVIS WRIGHT TREMAINE LLP | FRANKFURT KURNIT KLEIN & SELZ, PC |
|---|---|
| By: /s/ Marcia B. Paul | By: /s/ Edward H. Rosenthal |
| Marcia B. Paul (MBP 8427) | Edward H. Rosenthal (EHR 8022) |
| Kevan D. Choset (KC 7319) | |
| 1633 Broadway | 488 Madison Avenue |
| New York, New York 10019 | New York, New York 10022 |
| (212) 489-8230 | (212) 980-0120 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**SO ORDERED**

/s/ Deborah A. Batts 6/18/10
Hon. Deborah A. Batts
U.S.D.J.