USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COLLEEN M. SALINGER AND
MATTHEW R. SALINGER, AS
TRUSTEES OF THE J.D. SALINGER
LITERARY TRUST,

      Plaintiff,

      -against-

FREDRIK COLTING, writing under the name
JOHN DAVID CALIFORNIA; WINDUPBIRD
PUBLISHING LTD.; NICOTEXT A.B.; and
ABP, INC. d/b/a SCB DISTRIBUTORS, INC.,

      Defendants.
------------------------------------------------------------X

09 Civ. 05095 (DAB)

JUDGMENT ON CONSENT

## PERMANENT INJUNCTION AND FINAL ORDER ON CONSENT

**WHEREAS,** on or about December 7, 2010, all parties entered into a confidential settlement agreement (the "Agreement") which provides, *inter alia*, that defendants agree to the entry of this Permanent Injunction;

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

    1.    <u>Permanent Injunction</u>:  That, with respect to plaintiff's claims against defendants, judgment be entered permanently enjoining and restraining defendants, their officers, agents, representatives, successors and assigns, and all persons or entities in active concert or participation with them or any of them, from manufacturing, publishing, distributing, shipping, advertising, promoting, selling, or otherwise disseminating any copy of the book *60 Years Later*, by Fredrik Colting writing under the name of J.D. California, or any portion thereof, in or to the United States.

2. <u>Dismissal of Counterclaims</u>: That, with respect to defendants/counter-claim-plaintiffs' counterclaims against plaintiffs/counterclaim-defendants, all counterclaims be and hereby are dismissed, with prejudice.

3. <u>Costs and Attorneys' Fees</u>: That each party hereto shall bear its or his or her own costs and attorneys' fees on all claims and counterclaims.

3. <u>No Appeals and Continuing Jurisdiction</u>: Jurisdiction of this cause is hereby expressly reserved and retained by this Court to enforce compliance with the Agreement and with this Permanent Injunction. No appeals may be taken from this Permanent Injunction and Judgment.

**ACCORDINGLY**, the Clerk of the Court is ordered to close out this case.

Dated: New York, New York
       December _13_ 2010

| DAVIS WRIGHT TREMAINE LLP | FRANKFURT KURNIT KLEIN & SELZ PC |
|---|---|
| By: _/s/ Marcia B. Paul_ | By: _/s/ Edward H. Rosenthal_ |
| Marcia B. Paul (MBP 8427) | Edward H. Rosenthal (EHR 8022) |
| Kevan D. Choset (KC 7319) | |
| 1633 Broadway | 488 Madison Avenue |
| New York, New York 10019 | New York, New York 10022 |
| (212) 489-8230 | (212) 980-0120 |
| *Attorneys for Plaintiffs/* | *Attorneys for Defendants/* |
| *Counterclaim Defendants* | *Counterclaim Plaintiffs* |

**SO ORDERED** this 14th day of December, 2010

_/s/ Deborah A. Batts_
Hon. Deborah A. Batts
U.S.D.J.